```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**COLUMBIA GAS TRANSMISSION, LLC,**

      **Plaintiff,**

v.     //     CIVIL ACTION NO. 1:18CV128
                (Judge Keeley)

**RALPH E. LEWIS,**
**and JOANN P. LEWIS,**

      **Defendants.**

### ORDER SCHEDULING EVIDENTIARY HEARING

For good cause, the Court schedules an evidentiary hearing on the pending motion for a preliminary injunction for **Monday, June 18, 2018, at 2:30 P.M.**, at the **Clarksburg, West Virginia,** point of holding court. It further **DIRECTS** the plaintiff to provide written notice of the hearing to the defendants and to file proof of such notice with the Court.

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: June 11, 2018.

                                      /s/ Irene M. Keeley
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE